CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
TAMPA DIVISION

SHANE OTERO                             Case No. 8:10CV1859-T27 TGW
                                        Supplied by Court

Enter above full name of
Plaintiff or Plaintiffs (and
prison number if any)

VS

CHRISTOPHER INDICO ON BEHALF OF
SARASOTA COUNTY SHERIFF, TOM KNIGHT
COUNTY OF SARASOTA, STATE OF FLORIDA

Enter above full name of
defendant if any

**INSTRUCTIONS FOR FILING COMPLAINT BY PRISONERS UNDER THE CIVIL RIGHTS ACT, 42 U.S.C., SECTION 1983   (READ CAREFULLY)**

   This Packet includes two copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. All copies of the complaint must be identical to the original.

   The Clerk will not file your complaint unless it conforms to these instructions and to these forms.

   Your complaint must be legibly handwritten or typewritten. The Plaintiff or Plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you must use the reverse side of the form or an additional blank page.

   Your complaint can be brought in this Court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are related to the same incident or issue.



-1-

In order for this complaint to be filed, it must be accompanied by the filing fee of $60.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each defendant.

If you are unable to pay the filing fee and services costs for this action, you may petition the Court to proceed in forma pauperis. The blank petitions for this purpose are included in this packet. After filling in the Petition, you must have it notarized by a notary or other officer authorized to administer an oath.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.**

## VENUE

The jurisdiction of this Court covers the following Florida Counties: Charlotte, DeSoto, Hardee, Hernando, Hillsborough, Lee, Manatee, Pasco, Pinellas, Polk, and Sarasota County.

When these forms are completed, mail the original and the copies to:

Clerk, U.S. District Court
P.O. Box 3270
Tampa, FL 33601

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in the State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  ( ) Yes  (X) No

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to the previous lawsuit:

   Plaintiffs _____

   _____

   Defendants _____

   _____

   2. Court (If Federal Court, Name the District; if State Court, name the county):

-2-

3. Docket Number _____

4. Name of Judge to whom Case Assigned _____

5. Disposition for example: Was the Case Dismissed? Was it appealed? Is it still pending?

_____

6. Approximate date of filing lawsuit:

_____

7. Approximate date of disposition:

_____

II. **PLACE OF PRESENT CONFINEMENT:** SARASOTA COUNTY JAIL, P.O. BOX 49588, SARASOTA, FLORIDA 34230

A. Is there a prisoner grievance procedure in this institution? Yes (✓)  No ( )

B. Did you present the facts relating to your complaint in the State prisoner grievance procedure? Yes ( )  No (✓)

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer is NO explain why not. BECAUSE OF THE TYPE OF CLAIM.

III. <u>PARTIES</u>.

(In item A below place your name in the first blank and place address in second blank. Do the same for additional plaintiffs, if any)

A. Name of Plaintiff SHANE OTERO

Address SARASOTA COUNTY JAIL, P.O. Box 49588

(In item B below place the full name of the defendant in the first blank, his official position in the second blank and his place of employment in the third blank. Use item C for names, positions and places of employment of any additional defendants).

B. Defendants CHRISTOPHER INDICO

are employed as K9 SHERIFF'S DEPUTY ID#2200

at SARASOTA COUNTY SHERIFF'S OFFICE

C. Additional defendants SARASOTA COUNTY SHERIFF'S DEPARTMENT, TOM KNIGHT AND COUNTY OF SARASOTA, FLORIDA

## IV. STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as required on the attached sheet.)

I, Plaintiff Shane Otero had a outstanding felony warrant for a third-degree felony Petit Theft and Failure To Appear from Charlotte County, Florida. Plaintiff at the time of the following incident was residing in Sarasota County, Florida. Sheriff's deputy R. Henderson Id# 2100 of the Sarasota Sheriff's office responded to a call from a caller to dispatch that Shane Otero was walking in the area of his home and gave a description of what he was wearing. Dep. Henderson shortly thereafter made contact with the plaintiff after observing him on one of the back streets. The deputy then approached the plaintiff and requested identification. The plaintiff stated he had none, gave a fictitious name and as Henderson got into his patrol car to verify, plaintiff ran off into some nearby woods. A foot pursuit ensued and after some fruitless

-4-

attempts to place plaintiff under arrest, Henderson thereafter lost view of him. Deputy Indico Id#2200 of the SSO, arrived soon after and began a search with his K9 named "Zuul" where plaintiff was last seen. Other SSO deputies joined in to assist with the search that are unknown to the plaintiff. K9 Zuul eventually brought this group of deputies including the dog handler, Dep. Indico, to where plaintiff was hiding himself.

Prior to them approaching the plaintiff, plaintiff heard police radios and looked over the fence that he was near to observe a group of officers being led by a police dog. Plaintiff did not want any harm done to his persons, so when he saw the group come through the opening of the fence (about 200 feet away) plaintiff announced his location. I observed the dog with a leash being held by one of the officer's, presumably Dep. Indico. Plaintiff yelled he was surrendered on the ground with his hands in the air. The dog at this time came up to me and did not display any noticable aggression. Plaintiff remembers a deputy behind him made no effort to place his hands in handcuffs while being held in the air. Near around seven seconds later, I thought I heard a quick sharp command and immediately the dog growled and took a bite to my shorts then to the bottom of my right leg. Plaintiff heard not one of the officer's present issue a verbal instruction to comply or warning. Plaintiff was not a threat and was visably seen not to be such, however excessive force was inflicted unnecessarily in the hands of the Sheriff's Office. As a result, plaintiff suffered two large lacerations in two seperate areas of the right leg. The resident of the home I was hiding myself next to is Lucian Collins, 5041 Caryl Road, Venice, FL. 34293, who apparently heard something and later made a statement to police. Plaintiff was subsequently placed in custody, taken to the local hospital to receive care for his injuries and was later booked in the Sarasota jail for the out of county warrant along with new charges when he fled. The events described herein occurred on or about 2 AM on the 18th day of August 2008.

V. **RELIEF**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks the Court to award him for compensatory and punitive damages in the amount $1.5 million, including costs for all outstanding medical fees and all legal expenses that may incurr as a result of this claim.

Signed this 29th day of JULY, 2010

_____
(Signature of Plaintiff(s))

**DECLARATION**

I UNDERSTAND THAT ANY FALSE STATEMENT OR ANSWER TO ANY QUESTIONS IN THIS APPLICATION WILL SUBJECT ME TO THE PENALITIES OF PERJURY (A FINE OF $10,000 OR IMPRISONMENT FOR FIVE (5) YEARS, OR BOTH).

I Declare that under Penalty of Perjury that the foregoing is true and correct.

EXECUTED ON 07/29/10
DATE

_____
SIGNATURE

## FORMA PAUPERIS DECLARATION

Pursuant to 28 U.S.C. Sections 1915 and 1746, I, __SHANE OTERO__, declare (or certify, verify, or state) under penalty of perjury that I lack sufficient funds to prepay the filing fee for the prosecution of this cause, and that I have not, for the purpose of avoiding payment of said costs, divested myself of any property, monies, or things of value.

Executed on this __29th__ day of __JULY__, __2010__

_____
(Signature of Declarant)

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ __-0-__ on account to his credit at the __Sarasota County Sheriffs Office__ institution where he is confined. I further certify that the plaintiff likewise has the following securities to his credit according to the records of said __Sarasota County Sheriffs Office__ institution __Sarasota Florida__.

DATE __7-29-10__              __P. Banks #328__
                              Authorized Officer of Institution
                              __see attached__


Notary Public State of Florida
Kelly Leissler
My Commission DD601966
Expires 10/04/2010

**RESIDENT HISTORY REPORT**                                    Page 1 of 2

Sarasota County Sheriff's Office
07/29/10 15:31
ST 006 / OPR PAB



| Pin | : | 0000112733 |
| Resident Name | : | OTERO, SHANE MICHAEL |
| Time Frame | : | 08/21/2009 09:47 - 07/29/2010 15:31 |

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/21/2009 | 09:47 | Reopen | 1 | cobra | A306799 | 0.00 | 0.00 |
| 08/22/2009 | 09:57 | Cashier-Cash | 2 | cobra | B41135 | 5.00 | 5.00 |
| 08/22/2009 | 09:57 | Rec Payment | 2 | cobra | B41136 | 1.50 | 3.50 |
| 08/22/2009 | 23:59 | Rec Payment | 1 | cobra | A308714 | 1.50 | 2.00 |
| 08/23/2009 | 23:59 | Rec Payment | 1 | cobra | A310032 | 1.50 | 0.50 |
| 08/25/2009 | 00:00 | Rec Payment | 1 | cobra | A311418 | 0.50 | 0.00 |
| 08/26/2009 | 10:01 | Add | 13 | dcs | M7452 | 0.51 | 0.51 |
| 08/26/2009 | 10:01 | Rec Payment | 13 | dcs | M7453 | 0.51 | 0.00 |
| 08/27/2009 | 14:25 | Cashier-Cash | 2 | cobra | B41516 | 25.25 | 25.25 |
| 08/27/2009 | 14:25 | Rec Payment | 2 | cobra | B41517 | 3.49 | 21.76 |
| 08/27/2009 | 23:59 | Rec Payment | 1 | cobra | A315540 | 1.50 | 20.26 |
| 08/28/2009 | 23:59 | Rec Payment | 1 | cobra | A316876 | 1.50 | 18.76 |
| 08/29/2009 | 23:59 | Rec Payment | 1 | cobra | A318203 | 1.50 | 17.26 |
| 08/30/2009 | 23:59 | Rec Payment | 1 | cobra | A319536 | 1.50 | 15.76 |
| 08/31/2009 | 09:58 | Order | 1 | srqck | A320254 | 15.35 | 0.41 |
| 08/31/2009 | 23:59 | Rec Payment | 1 | cobra | A320968 | 0.41 | 0.00 |
| 09/17/2009 | 10:04 | Order | 1 | srqck | A342916 | 0.00 | 0.00 |
| 09/21/2009 | 08:47 | Order | 6 | pab | F18801 | 0.00 | 0.00 |
| 09/28/2009 | 11:18 | Order | 1 | srqck | A357687 | 0.00 | 0.00 |
| 10/05/2009 | 11:22 | Order | 1 | srqck | A365183 | 0.00 | 0.00 |
| 10/12/2009 | 10:31 | Order | 1 | srqck | A371064 | 0.00 | 0.00 |
| 10/19/2009 | 10:02 | Order | 1 | srqck | A376867 | 0.00 | 0.00 |
| 10/26/2009 | 10:34 | Order | 1 | srqck | A382706 | 0.00 | 0.00 |
| 11/02/2009 | 10:05 | Order | 1 | srqck | A388749 | 0.00 | 0.00 |
| 11/09/2009 | 10:40 | Order | 1 | srqck | A394673 | 0.00 | 0.00 |
| 11/16/2009 | 10:42 | Order | 1 | srqck | A400403 | 0.00 | 0.00 |
| 11/23/2009 | 09:43 | Order | 1 | srqck | A405870 | 0.00 | 0.00 |
| 11/30/2009 | 10:29 | Order | 1 | srqck | A411175 | 0.00 | 0.00 |
| 12/07/2009 | 09:54 | Order | 1 | srqck | A416896 | 0.00 | 0.00 |
| 12/14/2009 | 09:13 | Order | 1 | srqck | A422835 | 0.00 | 0.00 |
| 12/19/2009 | 09:15 | Order | 67 | cobra | BO690 | 0.00 | 0.00 |
| 12/23/2009 | 12:32 | Order | 67 | cobra | BO714 | 0.00 | 0.00 |
| 12/29/2009 | 19:18 | Order | 67 | cobra | BO761 | 0.00 | 0.00 |
| 01/05/2010 | 11:49 | Order | 67 | cobra | BO800 | 0.00 | 0.00 |
| 01/09/2010 | 12:08 | Order | 67 | cobra | BO836 | 0.00 | 0.00 |
| 01/13/2010 | 12:49 | Order | 67 | cobra | BO878 | 0.00 | 0.00 |
| 01/22/2010 | 13:08 | Order | 67 | cobra | BO953 | 0.00 | 0.00 |
| 01/26/2010 | 11:50 | Order | 67 | cobra | BO992 | 0.00 | 0.00 |
| 01/30/2010 | 11:55 | Order | 67 | cobra | BO1023 | 0.00 | 0.00 |
| 02/03/2010 | 11:53 | Order | 67 | cobra | BO1071 | 0.00 | 0.00 |
| 02/07/2010 | 11:53 | Order | 67 | cobra | BO1115 | 0.00 | 0.00 |
| 02/12/2010 | 11:12 | Order | 67 | cobra | BO1157 | 0.00 | 0.00 |
| 02/19/2010 | 07:47 | Order | 67 | cobra | BO1201 | 0.00 | 0.00 |
| 02/23/2010 | 10:25 | Order | 67 | cobra | BO1241 | 0.00 | 0.00 |
| 02/27/2010 | 13:01 | Order | 67 | cobra | BO1284 | 0.00 | 0.00 |
| 03/03/2010 | 11:38 | Order | 67 | cobra | BO1317 | 0.00 | 0.00 |
| 03/07/2010 | 11:57 | Order | 67 | cobra | BO1351 | 0.00 | 0.00 |
| 03/12/2010 | 11:49 | Order | 67 | cobra | BO1393 | 0.00 | 0.00 |
| 03/16/2010 | 12:05 | Order | 67 | cobra | BO1428 | 0.00 | 0.00 |
| 03/20/2010 | 11:53 | Order | 67 | cobra | BO1465 | 0.00 | 0.00 |
| 03/24/2010 | 11:36 | Order | 67 | cobra | BO1498 | 0.00 | 0.00 |
| 03/28/2010 | 11:47 | Order | 67 | cobra | BO1524 | 0.00 | 0.00 |
| 04/02/2010 | 08:44 | Order | 67 | cobra | BO1568 | 0.00 | 0.00 |
| 04/06/2010 | 11:13 | Order | 67 | cobra | BO1615 | 0.00 | 0.00 |
| 04/10/2010 | 12:00 | Order | 67 | cobra | BO1663 | 0.00 | 0.00 |
| 04/14/2010 | 11:05 | Order | 67 | cobra | BO1710 | 0.00 | 0.00 |
| 04/18/2010 | 16:17 | Order | 67 | cobra | BO1785 | 0.00 | 0.00 |
| 04/23/2010 | 12:09 | Order | 67 | cobra | BO1848 | 0.00 | 0.00 |

# RESIDENT HISTORY REPORT

Page 2 of 2

Sarasota County Sheriff's Office
07/29/10 15:31
ST 006 / OPR PAB



```
Pin           :  0000112733
Resident Name :  OTERO, SHANE MICHAEL
Time Frame    :  08/21/2009 09:47 - 07/29/2010 15:31
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/27/2010 | 09:53 | Order | 67 | cobra | BO1899 | 0.00 | 0.00 |
| 05/01/2010 | 11:07 | Order | 67 | cobra | BO1942 | 0.00 | 0.00 |
| 05/05/2010 | 07:45 | Order | 67 | cobra | BO1982 | 0.00 | 0.00 |
| 05/09/2010 | 12:01 | Order | 67 | cobra | BO2038 | 0.00 | 0.00 |
| 05/14/2010 | 11:25 | Order | 67 | cobra | BO2101 | 0.00 | 0.00 |
| 05/18/2010 | 11:10 | Order | 67 | cobra | BO2147 | 0.00 | 0.00 |
| 05/22/2010 | 11:24 | Order | 67 | cobra | BO2196 | 0.00 | 0.00 |
| 05/26/2010 | 11:49 | Order | 67 | cobra | BO2246 | 0.00 | 0.00 |
| 05/30/2010 | 12:52 | Order | 67 | cobra | BO2294 | 0.00 | 0.00 |
| 06/04/2010 | 11:11 | Order | 67 | cobra | BO2325 | 0.00 | 0.00 |
| 06/08/2010 | 14:07 | Order | 67 | cobra | BO2358 | 0.00 | 0.00 |
| 06/12/2010 | 11:32 | Order | 67 | cobra | BO2386 | 0.00 | 0.00 |
| 06/16/2010 | 11:08 | Order | 67 | cobra | BO2412 | 0.00 | 0.00 |
| 06/20/2010 | 10:42 | Order | 67 | cobra | BO2435 | 0.00 | 0.00 |
| 06/25/2010 | 11:40 | Order | 67 | cobra | BO2472 | 0.00 | 0.00 |
| 06/29/2010 | 10:54 | Order | 67 | cobra | BO2516 | 0.00 | 0.00 |
| 07/03/2010 | 11:56 | Order | 67 | cobra | BO2554 | 0.00 | 0.00 |
| 07/09/2010 | 11:53 | Order | 67 | cobra | BO2597 | 0.00 | 0.00 |
| 07/13/2010 | 10:43 | Order | 67 | cobra | BO2652 | 0.00 | 0.00 |
| 07/17/2010 | 10:36 | Order | 67 | cobra | BO2685 | 0.00 | 0.00 |
| 07/21/2010 | 10:59 | Order | 67 | cobra | BO2730 | 0.00 | 0.00 |
| 07/25/2010 | 11:53 | Order | 67 | cobra | BO2768 | 0.00 | 0.00 |